AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| CELLSPIN SOFT, INC.,<br><br>*Plaintiff(s)*<br>v.<br><br>PANASONIC CORPORATION, PANASONIC HOLDINGS CORPORATION and PANASONIC CORPORATION OF NORTH AMERICA<br><br>*Defendant(s)* | Civil Action No. 2:23-cv-227 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Panasonic Holdings Corporation
c/o Panasonic Corporation of North America
c/o CT Corporation System
1999 Bryan St., Ste. 900
Dallas, TX 75201-3136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Randall Garteiser
Garteiser Honea - IP Trial Attorneys
119 W Ferugson St.
Tyler, TX 75702

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/22/2023

/s/ David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-227

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Panasonic Holdings Corporation
was received by me on *(date)* 5/23/23.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CT Corporation System to intake Specialist George Manuel , who is
designated by law to accept service of process on behalf of *(name of organization)*
Panasonic Holdings Corporation on *(date)* 5/25/23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/25/23

Server's signature

Caleb McLovey, Process Server
Printed name and title

PO Box 720040, Dallas, TX 75372
Server's address

Additional information regarding attempted service, etc: