IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| CELLSPIN SOFT, INC.,<br><br>               Plaintiff,<br><br>v.<br><br>PANASONIC CORPORATION, PANASONIC HOLDINGS CORPORATION and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>               Defendant. | Case No. 2:23-cv-227 |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Cellspin Soft, Inc. respectfully submits this notice of voluntary dismissal of all claims asserted in this action WITH PREJUDICE, with each party to bear its own attorneys' fees, costs and expenses.

Dated: September 27, 2023

                                                                    GARTEISER HONEA, PLLC

                                                                    /s/ *Randall Garteiser*
                                                                    Randall Garteiser
                                                                      Texas Bar No. 24038912
                                                                      rgarteiser@ghiplaw.com

                                                                    119 W. Ferguson Street
                                                                    Tyler, Texas 75702
                                                                    Telephone: (903) 705-7420
                                                                    Facsimile: (903) 405-3999

                                                                 *Attorney for Plaintiff*