IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CELLSPIN SOFT, INC.,<br><br>   *Plaintiff,*<br><br>v.<br><br>PANASONIC CORPORATION, PANASONIC HOLDINGS CORPORATION and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>   *Defendants.* | CIVIL ACTION NO. 2:23-CV-00227-JRG-RSP |

## ORDER

Before the Court is the Notice of Dismissal with Prejudice ("Notice") filed by Cellspin Soft, Inc. ("Plaintiff"). (Dkt. No. 11). In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed WITH PREJUDICE. (*Id*. at 1).

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 3rd day of October, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE