# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CELLSPIN SOFT, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>BYTEDANCE LTD., BYTEDANCE PTE. LTD., TIKTOK PTE. LTD.<br><br>      Defendants. | Case No. 2:23-cv-227<br><br>**ORIGINAL COMPLAINT**<br><br><br><br>**DEMAND FOR JURY TRIAL** |

## JOINT MOTION TO CONTINUE TIME FOR END OF VENUE RELATED DISCOVERY AND EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO MOTION TO TRANSFER UNDER SECTION 1404

Whereas, the Court issued via the ECF system on Monday, March 25, 2024, an order allowing the parties to participate in venue discovery and extending the deadline for Plaintiff to respond to Defendants' Corrected Motion to Transfer Pursuant to Section 1404 until 14 days after the close of venue discovery (Dkt. 27);

Whereas, Paragraph 1 of the Court's Order indicates, "Venue-related discovery shall be completed within eighty (80) days of this Order" (Dkt 27);

Whereas, Plaintiff and Defendants all contend venue discovery requests remain outstanding—e.g., Cellspin has been ordered to produce discovery responses no later than June 25, 2024, and a Rule 30(b)(6) deposition within two weeks of that date (*see* Dkt. 47 at 2), and Defendants have offered to put up one more witness under Rule 30(b)(6) (though the timing of that deposition depends on the Court's ruling on Plaintiff's pending motion to compel) (*see* Dkt. Nos. 41, 46);

The parties hereby request that the Court extend the close of venue-related discovery until a date to be set at the hearing ordered by the Court for June 25, 2024.

The parties expect to propose to the Court, at that hearing, that Plaintiff's Opposition to Defendants' motion be due 14 days after the date to be set for the close of venue-related discovery, and Defendants' Reply be due 14 days after said Opposition.

Date: June 24, 2024

*/s/ Randall Garteiser*
M. Scott Fuller
   Texas Bar No. 24036607
   sfuller@ghiplaw.com
Randall Garteiser
   Texas Bar No. 24038912
   rgarteiser@ghiplaw.com
Christopher A. Honea
   Texas Bar No. 24059967
   chonea@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**ATTORNEYS FOR PLAINTIFF**

By: */s/ Melissa Smith*
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
(903) 934-8450 (Telephone)
(903) 934-9257 (Facsimile)


Ricardo J. Bonilla
Texas Bar No. 24082704
rbonilla@fr.com
David B. Conrad
Texas Bar No. 24049042
conrad@fr.com
Noel F. Chakkalakal
Texas Bar No. 24053676
chakkalakal@fr.com
Adil A. Shaikh

Texas Bar No. 24117039
shaikh@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**COUNSEL FOR DEFENDANTS BYTEDANCE LTD., BYTEDANCE PTE. LTD., AND TIKTOK PTE. LTD.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on June 24, 2024, I caused to be electronically-filed the foregoing document with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

By: */s/ Randall Garteiser*
Randall Garteiser

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Eastern District of Texas Local Rule CV-7(i), counsel has complied with the meet and confer requirement in Local Rule CV-7(h). The Parties telephonically met and conferred on or about June 17, 2024, by email to discuss the relief requested in this Motion. This is a joint motion.

By: */s/ Randall Garteiser*
Randall Garteiser